■  ROBERT E. O'BRIEN, Respondent, v. EMPIRE DISCOUNT CORPORATION, Appellant, et al., Defendants.— Judgment affirmed, without costs of this appeal to any party.  All concur, except Williams, P. J., and Goldman, J., who dissent and vote for reversal in the following Memorandum:  Equity

and fairness require that the amount received from the condemnation of a portion of the property covered by the Empire Discount Corporation mortgage should have been applied in reduction of the first mortgage. (See *Muldoon* v. *Mid-Bronx Holding Corp.*, 287 N. Y. 227; *Cyllene Corp.* v. *Eisen*, 272 N. Y. 526; *Matter of City of New York* [*Neptune Ave.*], 271 N. Y. 331; *Matter of City of New York* [*Houghton Ave.*], 266 N. Y. 26, 29.) (Appeal from judgment of Monroe Trial Term foreclosing the mortgage and ordering a sale.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.